UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA
                                    :
         - v. -
                                    :
ALEXIS FREDDY MOSQUERA-RENTERIA,    :     INDICTMENT
     a/k/a "Ronald,"
     a/k/a "Ronal,"                 :
YARLEI BAÑOL-RAMOS,                        09 Cr.
     a/k/a "Diana,"  and            :
JORGE ABEL IBARGUEN-PALACIO,
     a/k/a "Turbo,"

                    Defendants.     :

- - - - - - - - - - - - - - - - - -x



### COUNT ONE

**(Conspiracy to Provide Material Support or Resources
To A Foreign Terrorist Organization)**

The Grand Jury charges:

1.  From at least in or about October 2007, up to and
including on or about February 22, 2008, in an offense in and
affecting interstate and foreign commerce, begun and committed
outside of the jurisdiction of any particular State or District
of the United States, ALEXIS FREDDY MOSQUERA-RENTERIA, a/k/a
"Ronald," a/k/a "Ronal," YARLEI BAÑOL-RAMOS, a/k/a "Diana," and
JORGE ABEL IBARGUEN-PALACIO, a/k/a "Turbo," the defendants, who
were first brought to and arrested in the Southern District of
New York, and others known and unknown, unlawfully and knowingly
did combine, conspire, confederate and agree together and with
each other to provide "material support or resources," as that
term is defined in Title 18, United States Code, Section
2339A(b), to a foreign terrorist organization, to wit, the FARC,

which was designated by the United States Secretary of State as a foreign terrorist organization in October 1997, pursuant to Section 219 of the Immigration and Nationality Act; which has remained on the list of designees since that time; whose most recent designation as a foreign terrorist organization was executed November 18, 2008, and which is currently designated as such, as of the date of filing of this Indictment.

2.   It was a part and an object of the conspiracy that ALEXIS FREDDY MOSQUERA-RENTERIA, a/k/a "Ronald," a/k/a "Ronal," YARLEI BAÑOL-RAMOS, a/k/a "Diana," and JORGE ABEL IBARGUEN-PALACIO, a/k/a "Turbo," the defendants, and others known and unknown, would and did provide the FARC with personnel (including themselves) and supplies (including communications equipment, weapons, and explosives), and other support and resources, knowing that the FARC had engaged and was engaging in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), and knowing that the FARC had engaged and was engaging in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of Title 18, United States Code, Section 2339B.

<u>OVERT ACT</u>

3.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed:

2

      a.   On or about February 22, 2008, off the coast of Panama, traveling in a boat that had been used to transport cocaine, ALEXIS FREDDY MOSQUERA-RENTERIA, a/k/a "Ronald," a/k/a "Ronal," YARLEI BAÑOL-RAMOS, a/k/a "Diana," and JORGE ABEL IBARGUEN-PALACIO, a/k/a "Turbo," the defendants, forcibly boarded a Panamanian police patrol boat and held Panamanian police officers at gunpoint, and subsequently engaged in a shootout with other Panamanian police, shooting one police officer in the face.

               (Title 18, United States Code,
Sections 2339B(a)(1), (d)(1) and 3238).

FOREPERSON

LEV L. DASSIN
Acting United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

ALEXIS FREDDY MOSQUERA-RENTERIA,
a/k/a "Ronald,"
a/k/a "Ronal,"
YARLEI BAÑOL-RAMOS,
a/k/a "Diana," and
JORGE ABEL IBARGUEN-PALACIO,
a/k/a "Turbo,"

**Defendants.**

### INDICTMENT

09 Cr.

(18 U.S.C. § 2339B)

Lev L. Dassin
Acting United States Attorney.

**A TRUE BILL**

Foreperson.